**James John KOHL, Appellant,**

**v.**

**Lia Marie KOHL, Respondent.**

**No. ED 98306.**

Missouri Court of Appeals, Eastern District, Division Two.

June 25, 2013.

Nathan S. Cohen, Clayton, MO, for appellant.

John J. Cavanagh, Clayton, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

### ORDER

PER CURIAM.

James John Kohl appeals from the judgment dissolving his marriage to Lia Maria Kohl. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been fur-

nished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).